**People of the State of Illinois, Plaintiff-Appellee, v. Richard Goodrich, Defendant-Appellant.**

Gen. No. 65–123.

Second District.
July 18, 1966.

Arthur C. Holt, of Waukegan, for appellant; Bruno W. Stanczak, State's Attorney, of Waukegan (Jack Hoogasian, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**